IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                            :    Chapter 13

Cynthia D Nichols                 :    Case No. 17-10406-amc

     Debtor(s)
```

NOTICE OF RESCHEDULED MEETING OF CREDITORS AND CERTIFICATE OF SERVICE

The Meeting of Creditors Schedule for February 27, 2017, has been rescheduled for April 10, 2017 at 9:00 am at the following location:

Chapter 13 Meeting Room
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor

Dated:  March 20, 2017

A copy of this notice is being served on all creditors and the Chapter 13 Trustee.