Certificate Number: 12433-PAE-DE-029135538

Bankruptcy Case Number: 17-10406



12433-PAE-DE-029135538

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 24, 2017, at 8:41 o'clock AM EDT, Cynthia D. Nichols completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 24, 2017               By:   /s/Lisa Susoev

                                     Name:   Lisa Susoev

                                     Title:   Teacher