## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 17-10406** |
| **Cynthia D Nichols** | : **Chapter 13** |
| | : **Judge Ashely M. Chan** |
| **Debtor(s)** | : ＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊ |
| | : |
| **Nationstar Mortgage LLC** | : **Date and Time of Hearing** |
| **Movant,** | : **Place of Hearing** |
| **vs** | : **June 13, 2017 at 11:00 a.m.** |
| | : |
| **Cynthia D Nichols** | : **U.S. Bankruptcy Court** |
| | : **900 Market Street** |
| **William C. Miller** | : **Philadelphia, PA, 19107** |
| **Respondents.** | : |

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Nationstar Mortgage LLC has filed a Motion for Approval of Loan Modification with the Court for approval of Loan Modification related to real property at 4912 Woodcrest Avenue, Philadelphia, PA 19131.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the motion or if you want the Court to consider your views on the motion, then on or before May 25, 2017, you or your attorney must do **ALL** of the following:

    A. File an answer explaining your position at:

    **Clerk, U.S. Bankruptcy Court**
    U.S. Bankruptcy Court
    900 Market Street
    Philadelphia, PA, 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    B. Mail a copy to the Creditor's attorney and the below listed:

17-015960_RNM

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA  19107
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on June 13, 2017 at 11:00 a.m. in U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:   May 8, 2017

17-015960_RNM

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-10406** |
| **Cynthia D Nichols** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Nationstar Mortgage LLC** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| vs | : | **June 13, 2017 at 11:00 a.m.** |
| | : | |
| **Cynthia D Nichols** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street** |
| **William C. Miller** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

David M. Offen, Attorney for Cynthia D Nichols, The Curtis Center, 601 Walnut Street Suite 160 West, Philadelphia, PA 19106, dmo160west@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May  8 , 2017:

Cynthia D Nichols, 4912 Woodcrest Avenue, Philadelphia, PA 19131

DATE: May 8, 2017

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC

17-015960_RNM

P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-015960_RNM