**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 17-10406 |
| **Cynthia D Nichols** | : | Chapter 13 |
| | : | Judge Ashely M. Chan |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Nationstar Mortgage LLC** | : | Date and Time of Hearing |
| **Movant,** | : | Place of Hearing |
| vs | : | June 13, 2017 at 11:00 a.m. |
| | : | |
| **Cynthia D Nichols** | : | U.S. Bankruptcy Court |
| | : | 900 Market Street |
| **William C. Miller** | : | Philadelphia, PA, 19107 |
| **Respondents.** | : | |

**ORDER OF COURT**

AND NOW, to wit, this  13th  day of  June          , 2017, upon consideration of the Motion for Approval of Loan Modification filed by Nationstar Mortgage LLC ("Creditor"), it is hereby **ORDERED, ADJUDGED AND DECREED,** that the Motion is granted and the loan modification approved.

DATED:  June 13             , 2017

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

17-015960_RNM