United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-10406-amc
Cynthia D Nichols                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett         Page 1 of 1            Date Rcvd: Jun 13, 2017
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2017.
db              +Cynthia D Nichols,    4912 Woodcrest Avenue,    Philadelphia, PA 19131-2612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Cynthia D Nichols dmo160west@gmail.com,
               davidoffenecf@gmail.com
              KARINA  VELTER    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 17-10406 |
| **Cynthia D Nichols** | : | Chapter 13 |
| | : | Judge Ashely M. Chan |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Nationstar Mortgage LLC** | : | Date and Time of Hearing |
| **Movant,** | : | Place of Hearing |
| vs | : | June 13, 2017 at 11:00 a.m. |
| | : | |
| **Cynthia D Nichols** | : | U.S. Bankruptcy Court |
| | : | 900 Market Street |
| **William C. Miller** | : | Philadelphia, PA, 19107 |
| **Respondents.** | : | |

## ORDER OF COURT

AND NOW, to wit, this  13th  day of  June , 2017, upon consideration of the Motion for Approval of Loan Modification filed by Nationstar Mortgage LLC ("Creditor"), it is hereby **ORDERED, ADJUDGED AND DECREED,** that the Motion is granted and the loan modification approved.

DATED:  June 13 , 2017

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

17-015960_RNM