United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cynthia D Nichols  
      Debtor

Case No. 17-10406-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jul 28, 2017  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2017.  
db         +Cynthia D Nichols,   4912 Woodcrest Avenue,   Philadelphia, PA 19131-2612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2017 at the address(es) listed below:  
        BRIAN CRAIG NICHOLAS   on behalf of Creditor   Toyota Motor Credit Corporation  
         bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        DAVID M. OFFEN   on behalf of Debtor Cynthia D Nichols dmo160west@gmail.com,  
         davidoffenecf@gmail.com  
        KARINA VELTER   on behalf of Creditor   Nationstar Mortgage LLC amps@manleydeas.com  
        KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC pa-bk@logs.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   Toyota Motor Credit Corporation  
         bkgroup@kmllawgroup.com  
        THOMAS I. PULEO   on behalf of Creditor   Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                            TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Cynthia D. Nichols | : | |
| *Debtor*, | : | |
| | : | No. 17-10406-AMC |
| vs. | : | |
| | : | |
| Toyota Motor Credit Corporation | : | |
| *Respondent*. | : | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Cynthia D. Nichols and Toyota Motor Credit Corporation is APPROVED.

**Date: July 28, 2017**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE