# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10406-AMC

CYNTHIA D NICHOLS

4912 WOODCREST AVENUE

PHILADELPHIA, PA 19131

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  CYNTHIA D NICHOLS

  4912 WOODCREST AVENUE

  PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

  DAVID OFFEN ESQUIRE
  601 WALNUT ST., SUITE 160 WEST

  PHILADELPHIA, PA 19106-

Date: 8/3/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee