# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cynthia D. Nichols<br>　　　　　　　　　　Debtor<br><br>Toyota Motor Credit Corporation<br>　　　　　　　　　　Movant<br>　　vs.<br>Cynthia D. Nichols<br>　　　　　　　　　　Respondent | CHAPTER 13<br><br><br>NO. 17-10406 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Objection of Toyota Motor Credit Corporation to Confirmation of Chapter 13 Plan, which was filed with the Court on or about February 27, 2017 (Document No. 14).

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**/s/ Matteo S. Weiner, Esquire**
　　　　　　　　　　　　　　　　　Matteo S. Weiner, Esquire
　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　25-627-1322
　　　　　　　　　　　　　　　　　Attorneys for Movant

September 25, 2017