IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Cynthia D. Nichols | ) | Chapter 13 |
| | ) | |
| Debtor | ) | No 17-10406-AMC |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, David M. Offen, attorney for the above named Debtor, hereby certifies that a true and correct copy of the Court Order dated May 23, 2018 was served upon all creditors and interested parties via first class regular mail on May 24, 2018.

/s/David M. Offen
David M. Offen
Attorney for Debtor