United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-10406-amc
Cynthia D Nichols                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett           Page 1 of 3              Date Rcvd: May 23, 2018
                              Form ID: pdf900           Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
```
db              +Cynthia D Nichols,    4912 Woodcrest Avenue,    Philadelphia, PA 19131-2612
13901584        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13853864        +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
13853865        +Capital One,    Po Box 30285,   Salt Lake City, UT 84130-0285
13878297        +Cavalry Spv I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                  Tucson, AZ 85712-1083
13853869        +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                  S Louis, MO 63179-0040
13853871        +Comenity Bank/Dress Barn,    Po Box 182125,    Columbus, OH 43218-2125
13891211         Credit First NA,    BK13 Credit Operations,    PO Box 818011,    Cleveland, OH  44181-8011
13853872        +Credit First/CFNA,    6275 Eastland Rd,    Brookpark, OH 44142-1399
13853873         DirecTV,    PO Box 5007,    Carol Stream, IL 60197-5007
13853875         Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
13853877         Main Line Emergency Med Assoc.,    P.O. Box 305,    Christiana, DE 19702-1503
13853878        +Midwest Recovery Syste,    Po Box 899,    Florissant, MO 63032-0899
13949468        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    Attention: Bankruptcy Department,
                  PO Box 619096,    Dallas TX 75261-9741)
13853879        +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
13949467        +Nationstar Mortgage LLC,    Attn: Bankruptcy Dept.,    PO Box 619094,    Dallas TX 75261-9094
13853882        +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                  Philadelphia, PA 19122-2806
13853884        +Shapiro & DeNardo, LLC,    3600 Horizon Drive,    Suite 150,    King Of Prussia, PA 19406-4702
13853885         ShopNow Pay Plan,    PO Box 2852,    Monroe, WI 53566-8052
13853886        +Sterling Credit Corporation,    PO Box 675,    Spring House, PA 19477-0675
13853892        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor credit Corp,    Po Box 8026,    Cedar Rapids, IA 52408)
13853891        +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
13864487        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13853893        +Trumark Financial Cu,    1000 Northbrook Dr,    Trevose, PA 19053-8430
13853896         Water Revenue Bureau,    1401 JFK Blvd.,    Philadelphia, PA 19102-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov May 24 2018 02:01:13     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 24 2018 02:00:55
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 24 2018 02:01:05     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13853862        +E-mail/Text: broman@amhfcu.org May 24 2018 02:00:58     American Heritage Fcu,
                  2060 Red Lion Rd,    Philadelphia, PA 19115-1699
13940466         E-mail/Text: bankruptcy@phila.gov May 24 2018 02:01:13     City of Philadelphia,
                  Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA  19102-1595
13853870         E-mail/Text: bankruptcy@phila.gov May 24 2018 02:01:13     City of Philadelphia - Law Dept.,
                  One Parkway Bldg.,    1515 Arch Street, 14th Fl,    Philadelphia, PA 19107
13853865        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 24 2018 02:01:55     Capital One,
                  Po Box 30285,    Salt Lake City, UT 84130-0285
13853868        +E-mail/Text: bankruptcy_notifications@ccsusa.com May 24 2018 02:01:20     Ccs Collections,
                  725 Canton St,    Norwood, MA 02062-2679
13861569         E-mail/Text: mrdiscen@discover.com May 24 2018 02:00:37     Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13853874        +E-mail/Text: mrdiscen@discover.com May 24 2018 02:00:37     Discover Financial,    Po Box 3025,
                  New Albany, OH 43054-3025
13853876        +E-mail/Text: cio.bncmail@irs.gov May 24 2018 02:00:40     Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
13922096         E-mail/PDF: resurgentbknotifications@resurgent.com May 24 2018 02:01:57
                  LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                  Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13901634        +E-mail/Text: bankruptcydpt@mcmcg.com May 24 2018 02:00:56     MIDLAND FUNDING LLC,
                  PO Box 2011,    Warren, MI 48090-2011
13919247        +E-mail/Text: JCAP_BNC_Notices@jcap.com May 24 2018 02:01:00     Nordstrom Fsb,
                  c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13853880        +E-mail/Text: bnc@nordstrom.com May 24 2018 02:00:38     Nordstrom Fsb,    Correspondence,
                  Po Box 6555,    Englewood, CO 80155-6555
13859292        +E-mail/PDF: cbp@onemainfinancial.com May 24 2018 02:01:38     ONEMAIN,    605 MUNN ROAD EAST,
                  Fort Mill SC 29715-8421
13853881        +E-mail/PDF: cbp@onemainfinancial.com May 24 2018 02:01:52     Onemain Financial/Citifinancial,
                  6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
13924472         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 24 2018 02:01:55
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0313-2          User: Antoinett              Page 2 of 3                   Date Rcvd: May 23, 2018
                              Form ID: pdf900              Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13917850         +E-mail/Text: JCAP_BNC_Notices@jcap.com May 24 2018 02:01:01      Premier Bankcard, Llc,
                  c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13853887         +E-mail/PDF: gecsedi@recoverycorp.com May 24 2018 02:01:39      Syncb/Lord & Taylor,
                  Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13853888         +E-mail/PDF: gecsedi@recoverycorp.com May 24 2018 02:01:39      Synchrony Bank/Lowes,
                  Po Box 965064,    Orlando, FL 32896-5064
13853889         +E-mail/PDF: gecsedi@recoverycorp.com May 24 2018 02:02:09      Synchrony Bank/TJX,
                  Po Box 965064,    Orlando, FL 32896-5064
13853890         +E-mail/PDF: gecsedi@recoverycorp.com May 24 2018 02:01:54      Synchrony Bank/Walmart,
                  Po Box 965064,    Orlando, FL 32896-5064
13894559         +E-mail/Text: bncmail@w-legal.com May 24 2018 02:00:58      TD BANK USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13883569         +E-mail/Text: dbogucki@trumark.org May 24 2018 02:01:22      Trumark Financial Credit Union,
                  335 Commerce Drive,    PO BOX 8127,    Fort Washington, PA 19034-8127
13853895          E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 24 2018 02:00:36
                  Verizon,    PO Box 15124,    Albany, NY 12212-5124
13853897         +E-mail/Text: bnc-bluestem@quantum3group.com May 24 2018 02:01:17      Webbank/Gettington,
                  215 S State St,    Ste 1000,    Salt Lake City, UT 84111-2336
                                                                                                TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                  Tucson, AZ 85712-1083
cr*              +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
13853866*        +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
13853867*        +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
13866305*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage LLC,     PO Box 619096,   Dallas, TX 75261-9741)
13853894*        +Trumark Financial Cu,    1000 Northbrook Dr,    Trevose, PA 19053-8430
13853863        ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
13853883        ##philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
                                                                                              TOTALS: 0, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Cynthia D Nichols dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KARINA VELTER    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
```

```
District/off: 0313-2          User: Antoinett            Page 3 of 3             Date Rcvd: May 23, 2018
                              Form ID: pdf900            Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                              TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Cynthia D. Nichols | : | No. 17-10406-AMC |
| | : | |
| *Debtor* | : | |

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for David M. Offen, Esquire, counsel for Debtor (the "Application"), and upon Counsel for Debtor request to retain jurisdiction at the motion to Dismiss hearing on May 22, 2018, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C.349(b)(3), the undistributed, pre confirmation Chapter 13 Plan payments held by the Chapter 13 Trustee shall not revest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on June 12, 2018 at 11:00 a.m. in Bankruptcy Courtroom No. 5, United States Court House, 900 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who assets an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. 503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtor shall serve a copy of this Order on all creditors and interested parties and file Certification of Service on or before May 30, 2018.

Date: May 23, 2018

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc: William C. Miller, Trustee

David M. Offen, Esquire

Cynthia D. Nichols